﻿Citation Nr: AXXXXXXXX
Decision Date: 11/30/20 Archive Date: 11/30/20

DOCKET NO. 200410-81473
DATE: November 30, 2020

ORDER

Service connection for bilateral hearing loss is granted.

FINDING OF FACT

The Veteran has a diagnosis of hearing loss that is severe enough to qualify as a disability for VA disability benefits purposes (see July 2019 Rating Decision); during service he experienced significant noise and acoustic trauma (without ear protection) in part as a result of his work as a demolitions expert and shooting a machine gun and hearing grenade explosions during combat; at the November 2020 Board hearing, the Veteran provided competent and credible testimony that he experienced significant noise and acoustic trauma (without any ear protection) during service, including over 550 patrols when he worked in the Marine Corps' Combined Action Platoon and lived with his Marine Corps squad in a Vietnamese village; he testified that he first experienced observable symptoms of hearing loss towards the end of service and shortly after service and that these observable symptoms never went away but, instead, persisted and worsened after service (for example, he had to sit in the first row in college classrooms so he could hear the professor, he had to stand close to people he was talking with at work so he could hear them, and he reports that his wife told him she observes that he reads lips when listening to people); and he also testified that he had no significant noise exposure after service.

CONCLUSION OF LAW

The criteria are met for service connection for bilateral hearing loss. 38 U.S.C. §§ 1110, 1112, 1131, 1137, 5107; 38 C.F.R. §§ 3.102, 3.303, 3.307, 3.309, 3.385.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from November 1965 to October 1967. 

These matters are before the Board of Veterans' Appeals on appeal from a rating decision by the Department of Veterans Affairs Regional Office. In July 2019, the Veteran testified before the undersigned Veterans Law Judge via videoconference. 

For the reasons explained above, the appeal is granted.

 

 

VICTORIA MOSHIASHWILI

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board M.J. Smith, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.